Fill in this information to identify the case:

United States Bankruptcy Court for the:

NORTHERN _____ District of ___OHIO___
                              (State)

Case number (If known): _____ Chapter __7__

❏ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**          MASTER AUTO, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**     __ __ - __ __ __ __ __ __ __     UNKNOWN

4. **Debtor's address**

   **Principal place of business**

   598 EAST WATERLOO ST.
   Number      Street

   SUITE 200

   AKRON, OH      44319
   City          State   ZIP Code

   SUMMIT
   County

   **Mailing address, if different from principal place of business**

   Number      Street

   P.O. Box

   City          State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number      Street

   City          State   ZIP Code

5. **Debtor's website (URL)**     MASTERAUTOLLC.COM

| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor   _MASTER AUTO, LLC_____       Case number (if known)_____

<span style="font-size:small">Name</span>

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
                                            MM / DD / YYYY

                District _____ When _____ Case number _____
                                            MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____

        District _____ When _____
                                                    MM / DD / YYYY

        Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number        Street

                           _____

                           _____
                           City                          State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name _____

        Phone _____

---

<span style="background:black;color:white">     </span> **Statistical and administrative information**

---

20-51710-amk    Doc 1-1    FILED 09/13/20    ENTERED 09/13/20 10:13:58    Page 3 of 41

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09 08 2020
              MM / DD / YYYY

X _Waleed Hussan_                              WALEED HUSSAIN
Signature of authorized representative of debtor      Printed name

Title  ALLEGED CO-OWNER

---

Debtor    MASTER AUTO, LLC          Case number (if known)_____
          _____
          Name

**18. Signature of attorney**    ✗ [signature]                    Date  09 08 2020
                                   _____      _____
                                   Signature of attorney for debtor     MM / DD / YYYY

                    MARK GRAZIANI
                    _____
                    Printed name
                    GRAZIANI LAW, LLC
                    _____
                    Firm name
                    P.O. BOX 1158
                    _____
                    Number      Street
                    NORTON                          OH        44203
                    _____  _____  _____
                    City                            State       ZIP Code

                    (330) 571-3350                  MARK_GRAZIANI@YAHOO.COM
                    _____  _____
                    Contact phone                   Email address

                    0092927                         OH
                    _____  _____
                    Bar number                      State

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _9/11/2020_          X _Waleed Hussain_
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

_WALEED  HUSSAIN_
Printed name

_ALSGSD  CO-OWNER_
Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name   MASTER AUTO, LLC

United States Bankruptcy Court for the:   NORTHERN    District of   OHIO
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.          UNKNOWN - SUBPOENA TO BE ISSUED

   **All cash or cash equivalents owned or controlled by the debtor**          Current value of debtor's interest

2. **Cash on hand**          $_____

3. **Checking, savings, money market, or financial brokerage accounts** (*Identify all*)

   Name of institution (bank or brokerage firm)       Type of account       Last 4 digits of account number
   3.1. _____       _____       ___ ___ ___ ___       $_____
   3.2. _____       _____       ___ ___ ___ ___       $_____

4. **Other cash equivalents** (*Identify all*)

   4.1. _____       $_____
   4.2. _____       $_____

5. **Total of Part 1**          $ UNKNOWN
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

                                                              Current value of
                                                              debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _____       $_____
   7.2. _____       $_____

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 1

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1._____    $_____

    8.2._____    $_____

9. **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.          $   0.00

---

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

                                                                          **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less: _____ – _____ = ........➔    $_____

                              face amount       doubtful or uncollectible accounts

    11b. Over 90 days old: _____ – _____ = ........➔    $_____

                              face amount       doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $  UNKNOWN

---

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                            **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                            % of ownership:

    15.1._____ _____%    _____    $_____

    15.2._____ _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.      $ UNKNOWN

20-51710-amk    Doc 1-1    FILED 09/13/20    ENTERED 09/13/20 10:13:58    Page 8 of 41

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** |  |  |  |  |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** |  |  |  |  |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** |  |  |  |  |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** |  |  |  |  |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ ___Unknown___

24. **Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** |  |  |  |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish |  |  |  |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) |  |  |  |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** |  |  |  |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** |  |  |  |
| _____ | $_____ | _____ | $_____ |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ UNKNOWN

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor _____  Case number (if known)_____
                    Name

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.

    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    | $ UNKNOWN |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☒ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

Debtor _____  Case number (if known) _____
          Name

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**
    ☐ No. Go to Part 10.
    ☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    $ UNKNOWN

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☒ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☒ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

    $ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➔   $_____
                            Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____                        $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                        $_____

Nature of claim      _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                        $_____

Nature of claim      _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____                        $_____

77. **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

_____                        $_____
_____                        $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                $  0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor _____    Case number (if known)_____
              Name

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ UNK | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ UNK | |
| 83. **Investments.** Copy line 17, Part 4. | $ UNK | |
| 84. **Inventory.** Copy line 23, Part 5. | $ UNK | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ UNK | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ UNK | |
| 88. **Real property.** Copy line 56, Part 9. .......................➔ | | $ UNK |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.................. 91a. | $ UNK | 91b. $ _____ |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ........................................................    $ UNKNOWN

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1** Creditor's name

    Creditor's mailing address

Creditor's email address, if known

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien

$_____    $_____

Describe the lien

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name

    Creditor's mailing address

Creditor's email address, if known

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines ___

Describe debtor's property that is subject to a lien

$_____    $_____

Describe the lien

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 0.00

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 1

Debtor    MASTER AUTO, LLC

United States Bankruptcy Court for the:   NORTHERN    District of   OHIO
                                                         (State)

Case number
(if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**
Priority creditor's name and mailing address
DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
HOLTSVILLE, NY 11742

Date or dates debt was incurred
_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( **8** )

As of the petition filing date, the claim is:   $ UNKNOWN
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Priority amount   $ _____

**2.2**
Priority creditor's name and mailing address
OHIO DEPARTMENT OF TAXATION
P.O. BOX 2678
COLUMBUS, OH 43216

Date or dates debt was incurred
_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( **8** )

As of the petition filing date, the claim is:   $ 7,567.78
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 7,567.78

**2.3**
Priority creditor's name and mailing address
_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:   $ _____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

| Debtor | | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

### 3.1
**Nonpriority creditor's name and mailing address**

AUDATA

9650 WEST TARON DRIVE #100

ELK GROVE, CA 95757

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,281.00

### 3.2
**Nonpriority creditor's name and mailing address**

AUTO ZONE

123 SOUTH FRONT STREET

MEMPHIS, TN 38103

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 8,362.76

### 3.3
**Nonpriority creditor's name and mailing address**

DOMESTIC UNIFORM RENTAL

234 BELMONT AVENUE

YOUNGSTOWN, OH 44502

Date or dates debt was incurred _____

Last 4 digits of account number  9 3 7 2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 6,315.05

### 3.4
**Nonpriority creditor's name and mailing address**

FEDERATED AUTO PARTS

P.O. BOX 2248

STAUNTON, VA 24402

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 974.32

### 3.5
**Nonpriority creditor's name and mailing address**

GOLD CLIPPER

9701 BROOKPARK ROAD

CLEVELAND, OH 44129

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 250.00

### 3.6
**Nonpriority creditor's name and mailing address**

INCFILE.COM, LLC

17350 STATE HIGHWAY #249, SUITE 220

HOUSTON, TX 77084

Date or dates debt was incurred _____

Last 4 digits of account number  4 0 0 7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 119.00

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 2 of 5

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

Amount of claim

---

3.**7**  Nonpriority creditor's name and mailing address

INDOOR MEDIA/REGISTER TAPS UNL.

$ 3,660.00

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

1445 LANGHAM CREEK DRIVE
HOUSTON, TX 77084

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number  7 0 5 1

Is the claim subject to offset?
☒ No
☐ Yes

---

3.**8**  Nonpriority creditor's name and mailing address

PIONEER INSURANCE GROUP

$ 825.01

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

137 EAST MAIN STREET
RAVENNA, OH 44866

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number  ____ ____ ____ ____

Is the claim subject to offset?
☒ No
☐ Yes

---

3.**9**  Nonpriority creditor's name and mailing address

REPUBLIC SERVICES

$ 287.16

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

P.O. BOX 9001099
LOUISVILLE, KY 40290

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number  ____ ____ ____ ____

Is the claim subject to offset?
☒ No
☐ Yes

---

3.**10**  Nonpriority creditor's name and mailing address

SPECTRUM BUSINESS

$ 1,015.20

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

400 ATLANTIC STREET
STAMFORD, CT 06901

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number  ____ ____ ____ ____

Is the claim subject to offset?
☒ No
☐ Yes

---

3.**11**  Nonpriority creditor's name and mailing address

WESTERN RESERVE GROUP

$ 2,583.85

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

1685 CLEVELAND ROAD
WOOSTER, OH 44691

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number  4 5 2 5

Is the claim subject to offset?
☐ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 3 of 5

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. GILBERT A. MORET LAW OFFICE 5430 EAST BEVERLY BLVD. #350 LOS ANGELES, CA 90022 | Line **3.7** ☐ Not listed. Explain _____ | 7 0 5 1 |
| 4.2. MARK COLTON, ESQ. 30555 NORTHWESTERN HIGHWAY #300 FARMINGTON HILLS, MI 48334 | Line **3.3** ☐ Not listed. Explain _____ | 9 3 7 2 |
| 4.3. | Line ____ ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.4. | Line ____ ☐ Not listed. Explain _____ | _ _ _ _ |
| 41. | Line ____ ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.5. | Line ____ ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.6. | Line ____ ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.7. | Line ____ ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.8. | Line ____ ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.9. | Line ____ ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.10. | Line ____ ☐ Not listed. Explain _____ | _ _ _ _ |
| 4.11. | Line ____ ☐ Not listed. Explain _____ | _ _ _ _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

| 5a. | Total claims from Part 1 | 5a. | $ UNKNOWN |
|---|---|---|---|
| 5b. | Total claims from Part 2 | 5b. + | $ 25,673.35 |
| 5c. | Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ UNKNOWN |

Fill in this information to identify the case:

Debtor name  MASTER AUTO, LLC

United States Bankruptcy Court for the:  NORTHERN    District of  OHIO
                                                                (State)
Case number (If known): _____    Chapter _____

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | BUILDING RENTAL |
| | | 598 EAST WATERLOO ROAD REALTY, LLC |
| | State the term remaining | UNKNOWN |
| | List the contract number of any government contract | 598 EAST WATERLOO ROAD |
| | | AKRON, OH 44319 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name _MASTER AUTO, LLC_

United States Bankruptcy Court for the: _NORTHERN_ District of _OHIO_
(State)

Case number (If known): _____

## Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   - ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1: Codebtor* | | *Column 2: Creditor* | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 _RAHIF FARES_ | _107 SAGE AVENUE_<br>Street<br><br>_AKRON, OH 44301_<br>City / State / ZIP Code | _ALL CREDITORS_ | ☐ D<br>☒ E/F<br>☒ G |
| 2.2 _ABDEL ELSHAYEB_ | _213 CLINTON AVENUE_<br>Street<br><br>_AKRON, OH 44301_<br>City / State / ZIP Code | _____ | ☐ D<br>☒ E/F<br>☒ G |
| 2.3 _____ | _____<br>Street<br><br>_____<br>City / State / ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____<br>Street<br><br>_____<br>City / State / ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | _____<br>Street<br><br>_____<br>City / State / ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | _____<br>Street<br><br>_____<br>City / State / ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

---

**Part 1:**   **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.....................................................    $   0.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.................................................    $   UNKNOWN

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*...................................................    $   UNKNOWN

---

**Part 2:**   **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..........    $   0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F* .............................    $   7567.78

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .......................    + $   25,673.35

4. **Total liabilities**..................................................................................
   Lines 2 + 3a + 3b                                                    $   33,241.13

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

1. **Gross revenue from business**

   ☒ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From _____ to Filing date<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | For prior year: | From _____ to _____<br>MM / DD / YYYY   MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
   | For the year before that: | From _____ to _____<br>MM / DD / YYYY   MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None

   | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From _____ to Filing date<br>MM / DD / YYYY | _____ | $_____ |
   | For prior year: | From _____ to _____<br>MM / DD / YYYY   MM / DD / YYYY | _____ | $_____ |
   | For the year before that: | From _____ to _____<br>MM / DD / YYYY   MM / DD / YYYY | _____ | $_____ |

Debtor  MASTER AUTO LLC
_____
Name

Case number (if known)_____

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| | | | | *Check all that apply* |
| 3.1. | | | | |
| | _____ Creditor's name | _____ | $_____ | ☐ Secured debt |
| | _____ Street | | | ☐ Unsecured loan repayments |
| | | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | _____ City  State  ZIP Code | | | ☐ Other _____ |
| 3.2. | | | | |
| | _____ Creditor's name | _____ | $_____ | ☐ Secured debt |
| | _____ Street | | | ☐ Unsecured loan repayments |
| | | _____ | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | _____ City  State  ZIP Code | | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None     UNKNOWN

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | | | | |
| | _____ Insider's name | _____ | $_____ | _____ |
| | _____ Street | | | _____ |
| | | _____ | | _____ |
| | _____ City  State  ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | | | | |
| | _____ Insider's name | | $_____ | _____ |
| | _____ Street | | | _____ |
| | | | | _____ |
| | _____ City  State  ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | |
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City          State      ZIP Code | | | |
| 5.2. | | | | |
| | Creditor's name | | | $_____ |
| | Street | | | |
| | City          State      ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| City          State      ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

## Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | SEE ATTACHED SHEET | | Name | ☐ Pending |
| | | | Street | ☐ On appeal |
| | **Case number** | | | ☐ Concluded |
| | | | City          State      ZIP Code | |
| 7.2. | **Case title** | | **Court or agency's name and address** | ☐ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | Street | ☐ Concluded |
| | | | City          State      ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____<br>Custodian's name | _____ | $_____ |
| _____<br>Street | **Case title** | **Court name and address** |
| _____ | _____ | _____<br>Name |
| _____<br>City    State   ZIP Code | **Case number** | _____<br>Street |
| | _____ | _____ |
| | **Date of order or assignment** | _____<br>City    State   ZIP Code |
| | _____ | |

---

### Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____<br>Recipient's name | _____ | _____ | $_____ |
| | _____<br>Street | _____ | | |
| | _____ | | | |
| | _____<br>City   State  ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | _____<br>Recipient's name | _____ | _____ | $_____ |
| | _____<br>Street | _____ | | |
| | _____ | | | |
| | _____<br>City   State  ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

### Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | | | |

20-51710-amk   Doc 1-1   FILED 09/13/20   ENTERED 09/13/20 10:13:58   Page 27 of 41

Debtor  MASTER AUTO, LLC                     Case number *(if known)*_____
        _____
        Name

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None        UNKNOWN

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ | _____ | $_____ |
| | **Address** _____ | _____ | | |
| | Street | | | |
| | _____ | | | |
| | City            State      ZIP Code | | | |
| | **Email or website address** _____ | | | |
| | **Who made the payment, if not debtor?** _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |
| | **Address** _____ | _____ | | |
| | Street | | | |
| | _____ | | | |
| | City            State      ZIP Code | | | |
| | **Email or website address** _____ | | | |
| | **Who made the payment, if not debtor?** _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | $_____ |
| | **Trustee** _____ | _____ | | |

---

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page **5**

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | Street | From _____ To _____ |
| | _____ | |
| | City          State     ZIP Code | |
| 14.2. | Street | From _____ To _____ |
| | _____ | |
| | City          State     ZIP Code | |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____
      Facility name

      _____
      Street

      _____
      City       State     ZIP Code

Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.

How are records kept?

*Check all that apply:*

☐ Electronically
☐ Paper

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.2. _____
      Facility name

      _____
      Street

      _____
      City       State     ZIP Code

Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.

How are records kept?

*Check all that apply:*

☐ Electronically
☐ Paper

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.     UNKNOWN

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ☐ No

   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

   Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

   Name of plan                                     Employer identification number of the plan

   _____     EIN: __ __ – __ __ __ __ __ __ __

   Has the plan been terminated?

   ☐ No

   ☐ Yes

Debtor   MASTEL AUTO, LLC
         Name

Case number (if known)_____

---

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**    UNKNOWN

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None    UNKNOWN

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None    UNKNOWN

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Official Form 207      Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      page 8

Debtor  MASTER AUTO, LLC
_____
        Name

Case number (if known)_____

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None   UNKNOWN

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City       State       ZIP Code | | | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

▪ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

▪ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

▪ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | Name | | ☐ Pending |
| | Street | | ☐ On appeal |
| | City       State       ZIP Code | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City       State       ZIP Code | City       State       ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

|  | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | **Dates business existed** |
| | City   State   ZIP Code | | From _____ To _____ |
| 25.2. | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | **Dates business existed** |
| | City   State   ZIP Code | | From _____ To _____ |
| 25.3. | Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| | Street | | **Dates business existed** |
| | City   State   ZIP Code | | From _____ To _____ |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.    RAHEF FARES <br> Name <br> 107 SAGE AVENUE <br> Street <br><br> AKRON     OH     44301 <br> City     State     ZIP Code | From 2017   To 2020 |
| 26a.2.    _____ <br> Name <br> _____ <br> Street <br><br> _____ <br> City     State     ZIP Code | From _____   To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None    UNKNOWN

| Name and address | Dates of service |
|---|---|
| 26b.1.    _____ <br> Name <br> _____ <br> Street <br><br> _____ <br> City     State     ZIP Code | From _____   To _____ |
| 26b.2.    _____ <br> Name <br> _____ <br> Street <br><br> _____ <br> City     State     ZIP Code | From _____   To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    RAHEF FARES <br> Name <br> 107 SAGE AVENUE <br> Street <br><br> AKRON     OH     44301 <br> City     State     ZIP Code | _____ <br> _____ <br> _____ |

| | Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|---|

26c.2.

Name _____   _____

Street _____   _____

                                                    _____

City _____ State _____ ZIP Code _____

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

**Name and address**

26d.1.

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

**Name and address**

26d.2.

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.1.

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

| Debtor | _____ | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

**Name and address of the person who has possession of inventory records**

27.2.
_____
Name

_____
Street

_____
City                    State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| RAMZI FARES | 107 SAGE AVE. AKRON, OH 44301 | MEMBER IN CONTROL | 60 |
| ABDEL ELSHAYEB | 213 CLINTON AVE. AKRON, OH 44301 | INVESTOR | 30 |
| WALEED HUSSAIN | 418 STANTON AVE., AKRON, OH 44301 | PASSIVE MEMBER | 10 |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No          UNKNOWN
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ Name | _____ | _____ | _____ |
| _____ Street | | _____ | |
| _____ City            State        ZIP Code | | _____ | |
| **Relationship to debtor** _____ | | _____ | |

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 13

| | Name and address of recipient | | | | |
|---|---|---|---|---|---|

**30.2**

Name _____

Street _____

City _____ State _____ ZIP Code _____

**Relationship to debtor**
_____

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09  08  2020
               MM / DD / YYYY

✗ _W. Galdd, Hubr_____          Printed name _____
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☒ Yes

Civil Search Results - Commercial Name: mas

Showing Results From 1-10 of 10

| Filed Date | Case Number | Party |
|------------|-------------|-------|
| 08/27/2019 | JL-2019-6684 $22,231.00 | MASTER AUTO LLC AKA THE MASTER AUTO REPA<br>AKRON AUTO AUCTION INC. VS MASTER AUTO LLC AKA THE MASTER AUTO REPA |
| 08/02/2019 | CV-2019-08-2857 | MASTER AUTO LLC AKA THE MASTER AUTO REPA<br>AKRON AUTO AUCTION INC. VS MASTER AUTO LLC AKA THE MASTER AUTO REPA |
| 02/07/2001 | JL-20010391 $433.25 | MASTER AUTO SALES INC.<br>OHIO DEPARTMENT OF TAXATION VS MASTER AUTO SALES INC. |
| 03/10/2020 | JL-2020-9720 $909.88 | MASTER AUTO, LLC<br>OHIO DEPARTMENT OF TAXATION VS MASTER AUTO, LLC |
| 09/04/2020 | JL-2020-18431 $3,407.56 | MASTER AUTO, LLC<br>OHIO DEPARTMENT OF TAXATION VS MASTER AUTO, LLC |
| 08/20/2020 | JL-2020-17739 $3,409.44 | MASTER AUTO, LLC<br>OHIO DEPARTMENT OF TAXATION VS MASTER AUTO, LLC |
| 07/02/2020 | JL-2020-16713 $3,409.71 | MASTER AUTO, LLC<br>OHIO DEPARTMENT OF TAXATION VS MASTER AUTO, LLC |
| 05/28/2020 | JL-2020-15090 $3,410.33 | MASTER AUTO, LLC<br>OHIO DEPARTMENT OF TAXATION VS MASTER AUTO, LLC |
| 04/23/2020 | JL-2020-14015 $3,410.62 | MASTER AUTO, LLC<br>OHIO DEPARTMENT OF TAXATION VS MASTER AUTO, LLC |
| 03/19/2020 | JL-2020-12633 $3,407.59 | MASTER AUTO, LLC<br>OHIO DEPARTMENT OF TAXATION VS MASTER AUTO, LLC |

# IN THE AKRON MUNICIPAL COURT
## SUMMIT COUNTY, OHIO

FILED

2020 MAR 11 AM 10: 03

AKRON MUNICIPAL CLERK
JIM LARIA
CLERK

CLAUDIA ALVAREZ LUTIN,    )  Case No.: 19 CV 09173
            )
        Plaintiff(s)  )
            )
vs.            )
            )  **JUDGMENT ENTRY**
MASTER AUTO LLC,      )  **(Final Appealable Order)**
            )
        Defendant(s)  )
            )

After independent review, the Court adopts the Magistrate's Decision in this matter. The Court concludes as a result of Defendant's failure to repair Plaintiff's transmission, Plaintiff suffered damages in the amount of $1052.87.

Accordingly, this Court hereby orders that judgment be granted in favor of Plaintiff, Claudia Alvarez Lutin, and against Defendant, Master Auto LLC, in the amount of $1052.87 plus courts costs.

JUDGE

**PURSUANT TO CIV. R.58(B), THE CLERK OF COURTS SHALL SERVE UPON ALL PARTIES NOT IN DEFAULT FOR FAILURE TO APPEAR NOTICE OF THIS JUDGMENT ENTRY AND ITS DATE OF ENTRY UPON THE JOURNAL OF THE COURT WITHIN THREE (3) DAYS OF ENTERING THE JUDGMENT ON THE JOURNAL.**

CC    Claudia Alvarez Lutin, *Pro Se* Plaintiff
        Master Auto LLC, *Pro Se* Defendant

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION - AKRON

|  |  |  |
|---|---|---|
| IN RE: | ) | CASE NO. 20-BK- |
|  | ) |  |
| MASTER AUTO, LLC | ) |  |
|  | ) | CHAPTER 7 |
|  | ) |  |
|  | ) |  |
| Debtor | ) | JUDGE: KOSCHIK |

VERIFICATION OF CREDITOR MATRIX

I, Waleed Hussain, hereby acknowledge that I have reviewed the attached creditor matrix and, to the best of my knowledge, it is complete and accurate.

_Waleed Hussain_
Waleed Hussain

| | | | |
|---|---|---|---|
| Akron Auto Auction<br>2471 Ley Drive<br>Akron, OH 44319 | AllData<br>9650 West Taron Drive,<br>Suite 100<br>Elk Grove, CA 95757 | Auto Zone<br>123 South Front Street<br>Memphis, TN, 38103 | City of Akron<br>Department of Taxation<br>1 Cascade Plaza<br>Akron, OH 44308 |
| Deborah Koral, Esq.<br>1410 Walnut Ridge Dr<br>Uniontown, OH 44685 | Department of the<br>Treasury<br>Internal Revenue Service<br>P.O. Box 480<br>Holtsville, NY 11742 | Domestic Uniform Rental<br>234 Belmont Avenue<br>Youngstown, OH 44502 | Federated Auto Parts<br>P.O. Box 2248<br>Staunton, VA 24402 |
| Gilbert A. Moret Law Office<br>5430 East Beverly Blvd.<br>#250<br>Los Angeles, CA 90022 | Gold Clipper<br>9701 Brookpark Road<br>Cleveland, OH 44129 | IncFile.com, LLC<br>17350 State Highway<br>249, Suite 220<br>Houston, TX 77064 | Indoor Media/Register<br>Tape Unlimited<br>1445 Langham Creek<br>Drive<br>Houston, TX 77084 |
| Mark Colton, Esq.<br>30555 Northwestern<br>Highway, #300<br>Farmington Hills, MI 48334 | Ohio Board of Motor<br>Vehicle Repair<br>77 South High Street<br>Columbus, OH 43215 | Ohio Secretary of State<br>22 North Fourth Street<br>Columbus, OH 43215 | Pioneer Insurance Group<br>137 East Main Street<br>Ravenna, OH 44266 |

1

| | | | |
|---|---|---|---|
| Republic Services<br>P.O. Box 9001099<br>Louisville, KY 40290 | Spectrum Business<br>400 Atlantic Street<br>Stamford, CT 06901 | State of Ohio<br>Department of Taxation<br>P.O. Box 2678<br>Columbus, OH 43216 | State of Ohio<br>Bureau of Motor Vehicles<br>Licensing Division<br>1970 West Broad Street<br>Columbus, OH 43223 |
| Summit County Common<br>Pleas Court<br>209 South High Street<br>Akron, OH 44308 | Western Reserve Group<br>1685 Cleveland Road<br>Wooster, OH 44691 | | |

2