UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-BK-51710 |
| | ) | |
| MASTER AUTO, LLC | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| Debtor | ) | JUDGE: KOSCHIK |

**MOTION FOR SHOW CAUSE HEARING TO DETERMINE CONTEMPT**

Now come Debtor, Master Auto, LLC, pursuant to FRBP §9020, who humbly requests this Court for a Show Cause hearing to determine Contempt against the controlling owner of Master Auto, LLC, Rahif Faris. On September 13, 2020, a Subpoena was issued ordering Mr. Faris to permit access to Master Auto's building on September 25, 2020, and to produce all business and financial records by October 9, 2020. Service of the Subpoena was sent by certified mail to Mr. Faris, and the signature card was returned, albeit unsigned.

This matter cannot proceed without inspection of the business assets and the business records solely under the control of Rahif Faris. Since he has twice refused to comply with the orders of the Subpoena, Master Auto humbly requests this Court for a finding of Contempt against Rahif Faris, complete with sanctions, reasonable attorney's fees, and any other relief this Court deems just.

/s/ Mark F. Graziani
Mark F. Graziani #0092927
Graziani Law, LLC
P.O. Box 1158
Norton, OH 44203
(330) 571-3350 (cell)
mark_graziani@yahoo.com

Attorney for Debtor

1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-BK-51710 |
| MASTER AUTO, LLC | ) | CHAPTER 7 |
| Debtor | ) | JUDGE: KOSCHIK |

## NOTICE OF MOTION FOR SHOW CAUSE HEARING FOR CONTEMPT

Debtor Master Auto, LLC has filed papers with the court for a Show Cause hearing to determine whether the controlling owner of Master Auto, Rahif Faris, should be found to be in contempt of court for failing to appear on two occasions, pursuant to the terms of a subpoena issued on September 13, 2020.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.**

You have fourteen (14) days from the date of this notice as an objection period.

If you do not want the court to rule on this motion, or if you want the court to consider your views on the motion, then, on or before October 25, 2020, you or your attorney must:

File with the court a written objection explaining the creditor's position at:

United States Bankruptcy Court
2 South Main Street
Akron, OH 44308

If you mail your correspondence to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

Attorney Mark Graziani
P.O. Box 1158
Norton, OH 44203

2

You must also attend the hearing to discuss this matter, as scheduled by the United States Bankruptcy Court, Northern District of Ohio.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

October 10, 2020

/s/ Mark F. Graziani
Mark F. Graziani #0092927
Graziani Law, LLC
P.O. Box 1158
Norton, OH 44203
(330) 571-3350 (cell)
mark_graziani@yahoo.com

Attorney for Debtor

3

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of Master Auto's Motion and Notice of Motion for a Show Cause hearing was served by mail upon:

Rahif Faris, 107 Sage Avenue, Akron, OH 44301
Waleed Hussain, 418 Stanton Avenue, Akron, OH 44301
Abdel Elshayeb, 213 Clinton Avenue, Akron, OH 44310

on October 10, 2020.

_____
Mark F. Graziani #0092927
Graziani Law, LLC
P.O. Box 1158
Norton, OH 44203
(330) 571-3350 (cell)
mark_graziani@yahoo.com

Attorney for Debtor

4