HAC/js
11/12/20

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-51710 |
| MASTER AUTO, LLC | ) | CHAPTER 7 |
| Debtor | ) | BANKRUPTCY JUDGE: ALAN M. KOSCHIK |
| | ) | |
| | ) | **MOTION TO DISMISS** |
| | ) | |

Harold A. Corzin, Chapter 7 Trustee herein moves this Court as follows:

1. The debtor initiated this Chapter 7 proceeding by filing a voluntary petition on September 13, 2020.
2. The signatories of the petition are two of three members of Master Auto, LLC. The third member believed to be one Rahif Faris was not a participant in the bankruptcy filing and did not sign the petition. In that the debtor is a LLC all three members of the LLC must consent to the bankruptcy filing and must be signatories of the petition.

WHEREFORE, the Trustee prays that this case be dismissed.

/s/ Harold A. Corzin
HAROLD A. CORZIN, (#0005021)

```
                                        CHAPTER 7 TRUSTEE
                                        304 N. Cleveland-Massillon Road
                                        Akron, Ohio 44333
                                        (330) 670-0770 Voice
                                        (330) 670-0297 Facsimile
                                        hcorzin@corzinlaw.com
```

CERTIFICATE OF SERVICE

     I certify that a copy of the foregoing Motion was served upon the following this 12th day of November, 2020:

Debtor:
Master Auto, LLC
598 East Waterloo Road
Akron, OH 44319
(by Regular U.S. Mail)

Attorney for Debtor
Mark Granziani
(served electronically)

Office of the U. S. Trustee
(served electronically)

All creditors on this Court's mailing matrix
(by Regular U.S. Mail)

```
                                        /s/ Harold A. Corzin
                                        HAROLD A. CORZIN
                                        Chapter 7 Trustee
```

**NOTICE OF TRUSTEE'S MOTION TO DISMISS**

    **HAROLD A. CORZIN, Chapter 7 Trustee, has filed papers with the court seeking authority to dismiss the debtor's Chapter 7 case.**

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to authorize this compromise, or if you want the court to consider your views on the Notice, then on or before *December 5, 2020*, you or your attorney must:

**File with the court a written request for a hearing at:**

> Clerk of Courts
> U. S. Bankruptcy Court
> 455 Federal Building-Courthouse
> 2 South Main Street
> Akron, Ohio 44308

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

**You must also mail a copy to:**

> Harold A. Corzin
> Chapter 7 Trustee
> 304 N. Cleveland-Massillon Road
> Akron, Ohio 44333

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Date: Nov 12, 2020

                                    /s/ Harold A. Corzin
                                    Harold A. Corzin
                                    Chapter 7 Trustee
                                    304 N. Cleveland-Massillon Road
                                    Akron, Ohio 44333