UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

IN RE:                )    CASE NO. 20-BK-51710
                      )
MASTER AUTO, LLC      )
                      )    CHAPTER 7
                      )
                      )
         Debtor       )    JUDGE: KOSCHIK

## **MOTION FOR CONTINUANCE**

Now come Debtor, Master Auto, LLC, by and through counsel, who humbly requests this Court Continue the December 9, 2020, hearing on the dismissal of this case for 30 days. On November 12, 2020, Trustee Corzin filed a Motion to Dismiss this case solely because only two, of three, owners of Master Auto signed the business bankruptcy petition. The third owner, Rahif Faris, agreed to the bankruptcy but did not sign the petition. After this motion was filed, a meeting was held between counsel and Mr. Faris, who was operating under the misunderstanding that this action was a personal bankruptcy that affected his personal credit. He asked for time to get an opinion from independent counsel before signing onto the bankruptcy.

Ongoing negotiations with Rahif Faris are very likely to render Trustee Corzin's motion moot. Once Rahif Faris gets an independent opinion as to his legal rights and responsibilities, he will proceed with the bankruptcy as the third owner. Thus, counsel requests a continuance of thirty (30) days in order to align Rahif Faris with the other two owners and proceed with this case.

1

*[signature]*

Mark F. Graziani #0092927
Graziani Law, LLC
P.O. Box 1158
Norton, OH 44203
(330) 571-3350 (cell)
mark_graziani@yahoo.com

Attorney for Debtor

2

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of Master Auto's Motion to Continue was served by email upon Trustee Harold Corzin, hcorzin@corzinlaw.com, on December 7, 2020.

*[signature]*

Mark F. Graziani #0092927
Graziani Law, LLC
P.O. Box 1158
Norton, OH 44203
(330) 571-3350 (cell)
mark_graziani@yahoo.com

Attorney for Master Auto

3