This document was signed electronically on December 8, 2020, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: December 8, 2020



/s/ Alan M. Koschik
_____
**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-BK-51710 |
| | ) | |
| MASTER AUTO, LLC | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| Debtor | ) | JUDGE: KOSCHIK |

## ORDER

On November 12, 2020, Trustee Harold Corzin filed a Motion to Dismiss this case because only two, of three, listed owners signed the bankruptcy petition. A hearing was subsequently scheduled for December 9, 2020, to discuss Trustee Corzin's motion. After November 12, 2020, counsel for Master Auto met with the third owner who, although in agreement with the bankruptcy filing, requested time to get an independent attorney's opinion as to his rights and responsibilities. Counsel for Master Auto then filed a Motion to Continue the December 9th hearing for additional time to align the third owner with this bankruptcy.

1

Trustee Corzin then contacted this Court and is in agreement with continuing the Motion to Dismiss hearing for thirty (30) days in order for counsel to secure the third owner as signatory.

IT IS, THEREFORE, ORDERED that the hearing for Trustee Corzin's Motion to Dismiss [19] along with the motion for contempt [12] be continued to January 13, 2021 at 10:30 AM via (866) 434-5269. Access Code: 2469740 + # to allow counsel to secure the support of the third owner.

### 

SUBMITTED BY:

*[signature]*

Mark F. Graziani #0092927
Graziani Law, LLC
P.O. Box 1158
Norton, OH 44203
(330) 571-3350 (cell) mark
_graziani@yahoo.com

Attorney for Master Auto

2

# SERVICE LIST

**Parties to be served via the Court's Electronic Case Filing System: these entities and individuals are listed on the Court's Electronic Mail Notice List:**

Harold Corzin
hcorzin@corzinlaw.com

Mark Graziani
mark@graziani-law.com

*And sent via regular US mail to the following:*

*Rahif Faris , 107 Sage Ave, Akron, OH 44301*
*Waleed Hussain, 418 Stanton Ave , Akron, OH 44301*
*Abdel Elshayeb, 213 Clinton Ave, Akron, OH 44310*

3