MASTER AUTO, LLC
598 East Waterloo Road
Akron, OH 44319

### Resolution to File Chapter 7 Bankruptcy

WHEREAS, Master Auto, LLC, a Limited Liability Company formed under the laws of the State of Ohio, is insolvent and unable to pay its debts as they mature, and WHEREAS, it would be in the best interests of creditors for Master Auto to file a voluntary petition under Chapter 7 of the United States Bankruptcy Code, it is:

RESOLVED, that Master Auto file as soon as practicable a bankruptcy in accordance with Chapter 7 of the Bankruptcy Code.

The undersigned hereby certifies that he is the third, and controlling, owner of the three-owner Limited Liability Corporation. I, Rahif Faris being the majority owner, controlling manager, and custodian of the books and records, hereby agree with Waleed Hussain and Abdel Elshayeb in the pursuit of Chapter 7 bankruptcy relief for Master Auto, LLC's debts. The foregoing is a true record of a resolution duly adopted at a meeting of the majority owner with counsel representing the Corporation in bankruptcy proceedings. Said resolution is now in full force and effect without modification or rescission.

_____
Rahif Faris, Majority Owner
107 Sage Avenue
Akron, OH 44301

1/11/2021
Date