UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-BK-51710 |
| | ) | |
| MASTER AUTO, LLC | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| Debtor | ) | JUDGE: KOSCHIK |

## NOTICE OF OBJECTION TO CLAIM

Debtor, Master Auto, LLC, has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the Court to eliminate or change your claim, then on or before March 25, 2021, you or your lawyer must file with the Court a written response at:

Clerk, U.S. Bankruptcy Court
2 South Main Street
Akron, OH 44308

If you mail your request/response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above. You must also send a copy to Debtor's attorney:

Mark Graziani
P.O. Box 1158
Norton, OH 44203

Attend the hearing on the objection, to be separately scheduled by the court if you timely file a written response to the objection. If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim.

1

Date: February 21, 2021

                      Respectfully Submitted,

                      _/s/ Mark Graziani_
                      Mark F. Graziani #0092927
                      Graziani Law, LLC
                      P.O. Box 1158
                      Norton, OH 44203
                      (330) 571-3350 (cell)
                      mark_graziani@yahoo.com

                      Attorney for Debtor

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of Master Auto's Objection to Claim/Notice of Objection to Claim was sent to the following list of parties on February 22, 2021, in accordance with Bankruptcy Rule 3007(a).

Joshua Vaughan
Thomas R. Houlihan
*Amer Cunningham Co., L.P.A*.
One Cascade Plaza, Suite 1510
Akron, OH 44308
*Special Counsel to the State of Ohio Attorney General*

Trustee Harold Corzin at hcorzin@csu-law.com, ccorzin@aol.com, oh32@ecfcbis.com

Attorney Deborah Koral at deborah@korallaw.com

All others were served by ECF (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court.

      /s/ Mark Graziani
Mark F. Graziani #0092927
Graziani Law, LLC
P.O. Box 1158
Norton, OH 44203
(330) 571-3350 (cell)
mark_graziani@yahoo.com

Attorney for Master Auto